U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2007 AUG -6 P 3: ?

BY
_____
DEPUTY CLERK

✎CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 1/06)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED ROBERT J. VENTURA | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:07-CR-00044-JAW | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USA V. VENTURA | 8. PAYMENT CATEGORY ☑ Felony  ☐ Petty Offense ☐ Misdemeanor  ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant  ☐ Appellant ☐ Juvenile Defendant  ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
COUNT I: 26 U.S.C. § 5861(d); COUNT II: 18 U.S.C. § 922(g)(1)

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☑ Authorization to obtain the service. Estimated Compensation and Expenses.   $ 1,500.00   OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $500, excluding expenses)

Signature of Attorney _____   Date 3 Aug 07

☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Stephen C. Smith
Smith Law Offices, 9 Central Street, Suite 209, Bangor, ME 04401
Telephone Number: (207) 941-2395

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)
DNA expert to review and analyze certain DNA evidence collected in relation to this case

14. TYPE OF SERVICE PROVIDER

| | | | | |
|---|---|---|---|---|
| 01 ☐ Investigator | 15 ☐ Other Medical |
| 02 ☐ Interpreter/Translator | 16 ☐ Voice/Audio Analyst |
| 03 ☐ Psychologist | 17 ☐ Hair/Fiber Expert |
| 04 ☐ Psychiatrist | 18 ☐ Computer (Hardware/Software/Systems) |
| 05 ☐ Polygraph | |
| 06 ☐ Documents Examiner | 19 ☐ Paralegal Services |
| 07 ☐ Fingerprint Analyst | 20 ☐ Legal Analyst/Consultant |
| 08 ☐ Accountant | 21 ☐ Jury Consultant |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | 22 ☐ Mitigation Specialist |
| 10 ☐ Chemist/Toxicologist | 23 ☐ Duplication Services (See Instructions) |
| 11 ☐ Ballistics | |
| 13 ☐ Weapons/Firearms/Explosive Expert | 24 ☑ Other (Specify) |
| 14 ☐ Pathologist/Medical Examiner | DNA Expert |

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judge or By Order of the Court
8/6/07
Date of Order _____   Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES   ☐ NO

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $0.00 | $0.00 | |

17. PAYEE'S NAME AND MAILING ADDRESS

TIN: _____

Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

18. CERTIFICATION OF ATTORNEY   I hereby certify that the services were rendered for this case.

Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED $0.00 |
|---|---|---|---|

23 ☐ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained.
   ☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500.

_____   _____   _____
Signature of Presiding Judge   Date   Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED $0.00 |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

_____   _____   _____
Signature of Chief Judge, Court of Appeals (or Delegate)   Date   Judge Code